TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6077 CR-ZLOCH

18 U.S.C. § 922(g)(1)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

v.

DWAYNE SMITH

Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

On or about August 14, 1999, at Broward County, in the Southern District of Florida, the defendant,

**DWAYNE SMITH,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to



wit, a Browning, Model BPS 12 gauge shotgun serial number 06887NW152; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

Dwayne Smith                                **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_        Petty      ___
   II   6 to 10 days    ___        Minor      ___
   III  11 to 20 days   ___        Misdem.    ___
   IV   21 to 60 days   ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                    _____
                                    THOMAS P. LANIGAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT Bar No. A550033

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __**Dwayne Smith**__　　Case No.: _____

Count #: **1**

　　18 U.S.C. § 922(g)(1)

**Possession of a Firearm by a Convicted Felon**

*Max. Penalty: **Ten (10) Years' imprisonment and $250,000 fine.**
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:

　　*Refers only to possible term of incarceration, does not
　　include possible fines, restitution, special assessments,
　　parole terms, or forfeitures that may be applicable.