AO 442 (Rev. 5/93) Warrant for Arrest                                             AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

DWAYNE SMITH

**WARRANT FOR ARREST**

CASE NUMBER: 00-6077-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

To: The United States Marshal
and any Authorized United States Officer

*FILED by ___ D.C.*
*MAR 28 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

YOU ARE HEREBY COMMANDED to arrest   DWAYNE SMITH
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

in violation of Title ____18____ United States Code, Section(s)  922(g)(1)

CLARENCE MADDOX
Name of Issuing Officer

*[signature: Jenny Butler]*
Signature of Issuing Officer

CLERK OF THE COURT
Title of Issuing Officer

3/28/00   Ft Lauderdale, FL
Date and Location

Bail fixed at $ *Pretrial Detention Requested* by  *[signature]* LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
                                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.