UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                          MINUTE ORDER

DWAYNE SMITH

_____

On March 28, 2000 an indictment was returned against the above defendant.

The defendant not having been arrested and 30 days having passed, this case is hereby transferred to fugitive status.

Dated this 28th day of April, 2000 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM J. ZLOCH

CLARENCE MADDOX
CLERK

BY: _____
CARLINE T. NEWBY
DEPUTY CLERK

CC: U. S. Attorney