UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6077-CR-ROETTGER

UNITED STATES OF AMERICA

v.

DWAYNE SMITH,

DEFENDANT,
_____/



### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing
Discovery Order issued in this case file this response which is
alphabetized and numbered to correspond to that original order and
states as follows:

A.    1.    There are written and recorded statements made by
the defendant.  See attached written statements of the defendant
made to Broward Sheriff's Deputy Art Perry and statement made to
ATF S/A Robert Smoren.

2.    The defendant made oral statements after arrest, in
response to interrogation by a then known-to-be government agent,
reports of which are attached, which the government intends to
offer in evidence at trial.  See attached statements of the
defendant.

3.    Defendant did not testify before the grand jury.

4.    The defendant criminal history is attached.

5.    Books, papers, documents, photographs, tangible
objects, buildings or places which the government intends to use as
evidence at trial to prove its case in chief, or were obtained from
or belonging to the defendant, include but are not limited to:
Casino Pawn & Jewelry Florida Pawnbroker Transaction form dated
8/14/99;State of Florida Judgement and conviction documents in
cases98-1283, 98-3137 and 98-4030 ;latent fingerprint report
comparing J&C fingerprints from Dwayne Smith with fingerprints on
Pawnbroker Transaction form; Browning ,Model BPS 12 guage
shotgun,serial number 06887NW152; ATF report of interstate nexus.

6.    The results or reports of physical or mental
examinations or scientific tests or experiments made in connection
with this case, are as follows: See attached Curriculum Vitae of
ATF S/A Pamela J. Bradley and statement of interstate nexus of

firearms based on the examination conducted by S/A Bradley.

B.     The United States requests the discovery and production
of those items described and listed in paragraph B of the Standing
Discovery Order, and as provided by Federal Rule of Criminal
Procedure 16(b).

C.     The only information or material known to the United
States which may be favorable to the defendant on the issues of
guilt or punishment within the scope of Brady v. Maryland, 373 U.S.
83 (1963) or <u>United States</u> v. <u>Agurs</u>, 427 U.S. 97 (1976) is as
follows: none known.

D.     The existence and substance of payments, promises of
immunity, leniency, preferential treatment, or other inducements
made to prospective government witnesses within the scope of <u>United
States</u> v. <u>Giglio</u>, 405 U.S. 150 (1972) and <u>Napue</u> v. <u>Illinois</u>, 360
U.S. 264 (1959) is as follows: none known

E.     None Known

F.     The defendant was not identified in photo spreads or
similar identification procedures.

G.     The government agents and officers involved in this case
have been advised to preserve all rough notes they may have taken.

H.     The United States will advise the defendant, prior to
trial, of its intent to introduce during its case in chief,
evidence of other crimes, wrongs or acts as provided by Federal
Rule of Evidence 404(b). Any evidence made available for inspection
may be offered in the government's case in chief under Federal Rule
of Evidence 404(b) or otherwise.

I.     The defendant was not an aggrieved person as defined in
Title 18, United States Code, Section 2510(11), that is, the
defendant was not a party to any intercepted wire or oral
communication or a person against whom the interception was
directed.

J.     The United States has ordered transcripts of the grand
jury testimony of all witnesses who will testify for the government
at the trial of this case. The transcripts will be provided as
required by Title 18, United States Code, Section 3500.

K.     There are no controlled substances which are the subject
of the indictment in this case.

L.     The United States did not seize or forfeit any
automobile, vessel or aircraft allegedly used in the commission of
the offenses in this indictment.

M.    Latent fingerprints of the defendant were recovered in this case. See Florida Pawnbroker Transaction Form and J&C fingerprint standards for the defendant.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offense was committed is as follows:

Date:        August 14, 1999 at 11:13 AM

Place        Casino Pawn and Jewelry Hollywood, Broward County, Florida

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd Suite 700
Fort Lauderdale, FL 33301
954-356-7255 ext 3590
954-356-7230 fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 22nd day of May ,2000 to:

Patrick Hunt,AFPD
101 N.E. 3rd Ave
Fort Lauderdale, Fl.
33301

_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Robert Smoren, ATF

Todays date is 5-19-00 at 12:30 A.M.
My name is Dwayne Smith, my
date of birth is 7-3-62, I reside
at an unknown address. My father
owned a Browning Shotgun. He passed
away in July 1999. One month later
in August 1999 I went to Casino
Pawn in Hollywood with my daughter
and pawned the shotgun for $125.00
I never returned to redeem the firearm.
I have pawned other item such as
tools at Casino Pawn in the past.
I know I am a convicted felon.

Refused to sign

L.T. _____ _____ _____ S.A. LATE & ART PERRY BSO

Dep Art Perry #8016

```
* I N C I D E N T   D E T A I L S *                    BROWARD SHERIFF'S OFFICE
CASE# DN00-05-02133                                          05/16/00    16:03
8016 PERRY,ART                                               PAGE    3 OF   3
```

====================================================================================

```
    Factor 1:                   ARREST MADE
    Factor 2:                   SIGNIFICANT EVIDENCE OBTAINED
    Factor 3:                   VICTIM WILL PROSECUTE

    ------- Offense ---------
    Action 1:                   LOITERED IN AREA
  Suspect's travel meth.:       WALKED/RAN
```

--------------------------------------------------------------------------------
NARRATIVE:

DURING ROUTINE PATROL I SAW SMITH,DWAYNE/ARRESTEE STANDING OUTSIDE FARAH
SUPERMARKET DRINKING FROM A CAN OF MILLER BEER. WHEN SMITH SAW ME HE
PLACED THE BEER ON THE GROUND. I MADE CONTACT WITH SMITH WHO STATED HE
JUST BOUGHT THE BEER FROM FARAH'S , I ASKED HIM FOR HIS NAME. SMITH GAVE
ME A NAME OF DARRICK ROBINSON WITH A DATE OF BIRTH 07/03/63. I KNEW
SMITH'S REAL NAME FROM PREVIOUS ENCOUNTERS. I ASKED SMITH FOR
IDENTIFICATION. SMITH PATTED HIS BACK POCKETS WITH BOTH HANDS SAYING THAT
HE LOST HIS WALLET. AS SMITH WAS DOING THIS I SAW A BULGE UNDER HIS SHIRT
ON THE RIGHT SIDE OF HIS BODY. I LIFTED UP HIS SHIRT AND FOUND A BOX
CUTTER TUCKED INTO THE WAIST BAND OF HIS PANTS. I RECOVERED THE BOX
CUTTER. THE BLADE ON THE BOX CUTTER WAS LOCKED IN FULLY OPENED POSITION. I
ASKED SMITH WHAT HE USES THE BOX CUTTER FOR, HE STATED FOR PROTECTION FROM
ALL THE JITTER BUGS IN THE NEIGHBORHOOD. SMITH WAS PLACED UNDER ARREST FOR
CARRYING A CONCEALED WEAPON, OBSTRUCTING JUSTICE BY FALSE INFORMATION AND
OPEN CONTAINER. SMITH WAS TRANSPORTED TO THE DISTRICT TWO OFFICE. WHILE AT
THE DISTRICT TWO OFFICE HE STATED HIS REAL NAME AS DWAYNE SMITH. A ROUTINE
TELETYPE CHECK OF SMITH SHOWED HAD AN ACTIVE WARRANT FOR POSSESSION OF
DRUG PARAPHERNALIA AND A FEDERAL WARRANT FROM THE BUREAU OF ALCOHOL,
TOBACCO AND FIREARMS FOR POSSESSION OF A FIREARM BY A CONVICTED FELON. THE
B.A.T.F. WARRANT WAS CONFIRMED BY OPERATOR WELLS WITH A WARRANT NUMBER OF
006077. SMITH WAS TRANSPORTED TO THE BROWARD COUNTY MAIN JAIL FOR THE
LISTED CHARGES.

END OF NARRATIVE SECTION


DEPUTY  _Art Perry_  #8016  SUPERVISOR _____
```

```
* I N C I D E N T   D E T A I L S *                    BROWARD SHERIFF'S OFFICE
CASE# DN00-05-02133                                              05/16/00    16:03
8016 PERRY, ART                                                  PAGE  1 OF  3
```

================================================================================

INCIDENT DATA:

```
Incident type (offense):      CARRY CONCEALED WEAPON
Original / Supplement:        ORIGINAL
Adult / Juvenile:             ADULT
Incident date:                05/18/00
Incident time:                2158
Date of arrest:               05/18/00
Time of arrest:               2210
Report date:                  05/18/00
Report time:                  2300
Zone:                         204
Area:                         MODELLO PARK

Incident location:
  Street #:                   5
  Street direction:           SW SOUTHWEST
  Street name:                5
  Street suffix:              AV AVENUE
  City:                       DANIA
  State:                      FL FLORIDA
  Zip Code:                   33004
Incident location type:       PARKING LOT

Crime Scene:
  Deputy/CCN:                 PERRY /8016
  Physical evidence (Y/N)     YES
  Comments:                   BOX CUTTER PLACED INTO EVIDENCE

Summaries:
  # of offenses:              5
  # of victims:               1
  # of offenders:             1
  # of weapons:               1
```

--------------------------------------------------------------------------------
INVOLVED PERSON (01):

```
Person code:                  ARRESTEE
Person type:                  ADULT
Last name/business name:      SMITH
First name:                   DWAYNE

Permanent address:
  Street #:                   123
  Street direction:           NW NORTHWEST
  Street name:                8
  Street suffix:              AV AVENUE
  City:                       DANIA
  State:                      FL FLORIDA
  Zip code:                   33004
Resident type:                CITY
Employer/school name:
  Occupation/title:           UNEMPLOYED
Drug influence (Y/N):         UNK
Alcohol influence (Y/N):      YES
Race:                         BLACK B
Sex:                          MALE M
Age:                          37
DOB (mm/dd/yr):               07/03/62
Relationship to offender      SELF
Social security #:            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
Place of birth - city:        MIAMI
Place of birth - state:       FL FLORIDA
Citizen (Y/N):                YES
  Citizenship country:        US UNITED STATES OF AMERICA
Clothing description #1:      GREY PANTS
Clothing description #2:      MULIT-COLORED SHIRT
Height:                       6'00"
```

```
* I N C I D E N T   D E T A I L S  *                    BROWARD SHERIFF'S OFFICE
CASE# DN00-05-02133                                           05/16/00    16:03
8016 PERRY,ART                                                PAGE   2 OF  3
```
===============================================================================

```
Weight:                        150
Eye color:                     BROWN BRN
Hair color:                    BLACK BLK
Hair length:                   SHORT
Hair Style:                    AFRO/NATURAL
Face hair:                     GOATEE
Complexion:                    DARK BROWN DBR
Teeth:                         DECAYED
Appearance/Demeanor:           DRUNK / DIRTY
Speech/Voice:                  ACCENT
R/L Handed:                    RIGHT
Build:                         MEDIUM
Scars/Marks/Tatoos:            SCAR ON NECK
Arresting Officer(name):       PERRY,ART
  CCN #:                       8016
  Agency:                      BS
  Division:                    DLE / D-2

Charges:
  Offense # 1                  CARRY CONCEALED WEAPON
    Codes/Warrant&Bond #1      1MY         100    790.01     5200
  Offense # 2                  OBSTRUCTING JUSTICE BY FALSE INFORMATION
    Codes/Warrant&Bond #2      1MY         100    843.02     9000
  Offense # 3                  POSS. DRUG PARAPHERNALIA
    Codes/Warrant&Bond #3      00676MM40A   500
  Offense # 4                  DRINKING IN OPEN
    Codes/Warrant&Bond #4      2MY         25   3-2     4100
  Warrant confirmation #:      200011219
```
--------------------------------------------------------------------------------
INVOLVED PERSON (02):

```
  Person code:                 VICTIM
  Person type:                 GOVERNMENT
  Last name/business name:     STATE OF FLORIDA
```
--------------------------------------------------------------------------------
INVOLVED WEAPON (01):

```
  Weapon status:               SEIZED
  Weapon type:                 OTHER CUTTING/STABBING INSTR.
  Quantity:                    1
  Description:                 BOX CUTTER
  Make/Brand:                  STANLEY
  Date recovered:              05/18/00
    Value recovered:
  Person/Weapon link 1:        SMITH           ,DWAYNE   /AR    PERSON 01
    Person/Weapon rel. 1:      OWNER
```
--------------------------------------------------------------------------------
INVOLVED PROPERTY (01):

```
  Property status:             EVIDENCE

  Item # 1:
    Type:                      MISCELLANEOUS
    Person/Prop. link:         SMITH           ,DWAYNE   /AR    PERSON 01
      Person/Prop. rel:        OWNER
    Quantity:                  1
    Description:               STANLEY BOX CUTTER
    Date recovered:            05/18/00
      Value $ recovered:
```
--------------------------------------------------------------------------------
MODUS OPERANDI (01):

```
  Victim's activity:           AT WORK
  Apparent motive:             UNKNOWN

  Solvability factors:
```

**FLORIDA PAWNBROKER TRANSACTION FORM**

**CASINO PAWN AND JEWELRY**
4217 North State Road 7
Hollywood, FL 33021
(954) 962-9494

**WE BUY BROKEN & UNWANTED GOLD**

| TRANSACTION DATE | CONTROL # 044246- 41985 |
|---|---|
| 08/14/99 | DEPT. # |
| TIME 11:13 AM | MATURITY DATE 09/13/99 |

TYPE OF TRANSACTION ☐ PURCHASE /TRADE ☐ CONSIGNMENT ☒☒ PAWN

**PLEDGOR/SELLER**

NAME (LAST): SMITH (FIRST): DWAYNE (MIDDLE):
CUST. # (324064) DATE OF BIRTH 07/03/63 SEX (M/F) M RACE B

W-WHITE
B-BLACK
I-AMERICAN INDIAN
A-ASIAN/ORIENTAL

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip): 150 NW 7 AVE DANIA, FL 33004
HOME PHONE (Area Code & Number) (954) 924-4855

PLACE OF EMPLOYMENT: ELCE PROP TIRES
S/S 261815899
BUSINESS PHONE (Area Code & Number)

DL # OFFICIAL PHOTO I.D. # S530-160-63-243-0 TYPE DL AGENCY/STATE FL
HGT 6'00" WGT 165 EYES BROWN HAIR BLACK IDENTIFYING MARKS

**CODES**

FIREARM
TYPE: H Handgun, R Rifle, S Shotgun, A Airgun, B Black Powder
ACTION: R Revolver, A Semi Auto, B Bolt Action, L Lever, P Pump, S Single Shot
FINISH: C Chrome/nickel, B Blue Steel, S Stainless Steel, E Other
Bore: 1 Single, 2 Double, 3 Over/Under, 4 Other

JEWELRY
TYPE: R Ring, W Watch, N Necklace, B Bracelet, P Pendant/Charm, E Earrings, C Chain, C Pin/s, E Other
METAL: Y Yellow Gold, W White Gold, S Sterling Silver, P Platinum, T Tri-color, X Other
GENDER: M Man's, W Woman's, N Not Applicable
STYLE: S San Serrano, H Herringbone, R Rope, B Box Link, F Figaro, A Cameo, C Lariat/School, B Band, O Sunburst, N Nugget, M Monogram, C Other, D Cluster
STONE SHAPE: O Ova, R Round, P Pear, E Emerald, M Marquise, H Heart, X Other
STONE COLOR: C Clear, G Green, A Amber, B Blue, B Red/Pink, Y Yellow, K Black, O Brown, W White

You are giving a Security Interest in the following items

**ITEM 1**

| SERIAL NUMBER | OWNER APPLIED NUMBER | | ITEM TYPE | BRAND | MODEL/MANUFACTURER NUMBER |
|---|---|---|---|---|---|
| 06887NW152 | | GUNS | GUNS | BROWNING | INVECTOR PLUS |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): SHOTGUN-PUMP 12 GA.

| | TYPE | ACTION | GAUGE/CALIBER 12 GA. | FINISH B | BARREL 1 | AMOUNT PAID $ $125.00 |
|---|---|---|---|---|---|---|

| TYPE/METAL | KT | | WT | GENDER | STYLE | SIZE/LENGTH 28"" | FIRST STONE | # STONES | SHAPE | CT | | WT | COLOR | SECOND STONE | # STONES | SHAPE | CT | | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 2**

(blank item)

**ITEM 3**

(blank item)

**ITEM 4**

(blank item)

**ITEM 5**

(blank item)

**ITEM 6**

(blank item)

| AMOUNT FINANCED. The amount of cash given directly to you $ $125.00 | MATURITY DATE 09/13/99 | The Pledgor/Seller represents and warrants that the pledged property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to have good title to the pledged property, that Pledgor/Seller | OUTRIGHT PURCHASE Amount Paid $ |
|---|---|---|---|
| FINANCE CHARGE. The dollar amount the credit will cost you $ 25.00 | PAYMENT SCHEDULE: Total of payments is due on Maturity Date shown above 1 @ $150.00 | has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age | Right Thumb Print of Seller |
| TOTAL OF PAYMENTS. Amount required to redeem pledged property, on the maturity date $ 150.00 | PREPAYMENT. If you pay off early, you will not be entitled to a refund of part of the finance charge | I Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document. | |
| ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate 243.33 % | See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties | Under penalty of perjury, I have read the foregoing document, and the facts stated in it are true | |

X

NOTICE: See reverse side 618/618

PAWN DEFAULT DATE | AMOUNT DUE ON DEFAULT DATE!

MAKER: FERNANDO MACHIN

**BROWARD SHERIFF'S OFFICE**
**BROWARD COUNTY, FLORIDA**
*complete by printing or typing first two lines of form and one left of double vertical line.*

**LATENT FINGERPRINT REPORT**   Lab Number: 24797K

| OTHER AGENCY CASE NUMBER: | AGENCY: | | | OFFENSE: FIREARM VIOLATION | | CASE No:BSO | | |
|---|---|---|---|---|---|---|---|---|
| BK-15-00BO | EDLE Browns | | | | | | ZONE: | |
| VICTIM: | | | LOCATION OF OFFENSE: | | | | | |

**GOVERNMENT EXHIBIT**

| Card Number | PHOTOS/LIFTS OBTAINED FROM | Location Interior Exterior | Of Value Yes No | Prints Finger Palm | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | RECEIVED BY: | DATE: |
|---|---|---|---|---|---|---|---|
| ① | FLA PAWNBROKER'S TRANSACTION FORM | | ✓ | ✓ | | Elvie E. Souder | 12/11/99 |
| | # 044246 | | | | | EES 3E | 12/31/99 |
| ② | DADE COUNTY FELONY CONVICTION | | | | | | |
| | FOR DWAYNE SMITH | | ✓ | | | | |
| ③ | CASE # 98-1263 | | N/A | | No Standards | | |
| ④ | CASE # 98-3137 | | ✓ | | | | |
| ⑤ | CASE # 98-4030 | | ✓ | | Standards | | |
| ⑥ | METRO DADE ARREST STANDARDS ⑤ | | ✓ | | | | |
| | FOR ABOVE 3 FELONY CONVICTIONS | | | | | | |
| | OF DWAYNE SMITH | | | | | | |

Evidence Processed by: _____ Evaluated by: Elvie E. Souder

**SIGN** _____ Elvie E. Souder

**PRINT** _____

| | DATE | CCN | | PRINT | | | DATE 12/31/99 |
|---|---|---|---|---|---|---|---|
| | | | | | | | CCN 8528 |

| **ELIMINATION PRINTS** | Prints Avail'ed | DOB | CCN | Identified Yes No | Card Number | **IDENTIFICATION EFFECTED** (LATENT EXAMINER'S USE ONLY) | Fingerprint Standards by | Date Obtained |
|---|---|---|---|---|---|---|---|---|
| Name: BROWARDCOUNTY | | | | | | | | |
| Name: | | | | | | | | |

**SUSPECTS**

| | | DOB | | Identified Yes No | Card Number | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | | |
|---|---|---|---|---|---|---|---|---|
| Name: DWAYNE SMITH | | 7/3/63 | | ✗ | 1 | Right Thumb | Metro Dade P.D. | ✓ |
| Name: Item #5 | | | | | 4 | One and the same person | No indicated | |
| Name: | | | | | | | Metro Dade P.D. | ✓ |
| Name: | | | | | | | | |

Remarks: Pawn slip # 044346.41985 also identified to Right thumb on Item # 4.

Verified by: _____

Investigating Detective/ SIGN: _____  DATE
PRINT: Jonathan Smith
Business Telephone: 954-5412  Page:

BSO CL#20 (Revised 12/97)
PRINT/ Jonathan Smith
DATE

Latent Examiner's Name: Elvie E. Souder  CCN 8528  Date 12/31/99
AFIS Entry: □Yes □No  Need Elimination Prints
□Yes
Elvie E. Souder  CCN 8528

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | JUDGMENT | | CASE NUMBER |
|---|---|---|---|
| ☒ CRIMINAL | | | 98-4030 |
| ☐ OTHER | ☐ Probation Violator        ☐ Retrial | | |
| | ☐ Community Control Violator        ☐ Resentence | | |

THE STATE OF FLORIDA     VS.     DWAYNE ANTHONY SMITH

GOVERNMENT EXHIBIT

CLOCK IN

J. BICKETT

PLAINTIFF                                    DEFENDANT

The Defendant, _____ DWAYNE ANTHONY SMITH _____, being personally before this Court represented by
_____ T. ENRIQUEZ _____, his attorney of record, and the State represented by _____ C. PLAYTON _____,
Assistant State 's Attorney, and having:

☐ been tried and found guilty    ☒ entered a plea of guilty    ☐ entered a plea of nolo contendere
to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NO. | DEGREE OF CRIME | OBTS NO. |
|---|---|---|---|---|
| 1 | BURGLARY ON AN UNOCCUPIED STRUCTURE | 810.02(4)A | 3F | |
| 2 | GRAND THEFT 3RD DEGREE/$300+ /-$5,000 | 812.014(2)(C)1 | 3F | |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby
ADJUDICATED GUILTY of the above crime(s).

RECORDED

MAR 2 5 1998

Clerk of Circuit
& County Courts

OFFICIAL

18033PG1895

1ms    3/9/98                        Page 1 of ____ 2

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

153

| DIVISION | JUDGMENT | | CASE NUMBER |
|---|---|---|---|
| ☒ CRIMINAL | ☐ Probation Violator    ☐ Retrial | | 98-4030 |
| ☐ OTHER | ☐ Community Control Violator    ☐ Resentence | | |

THE STATE OF FLORIDA    VS.    DWAYNE ANTHONY SMITH

**CLOCK IN**

J. BICKETT

PLAINTIFF                                    DEFENDANT

The Defendant, __DWAYNE ANTHONY SMITH_____ , being personally before this Court represented by
__T. ENRIQUEZ_____ , his attorney of record, and the State represented by ____C. PLAYTON____ ,
Assistant State 's Attorney, and having:

☐ been tried and found guilty    ☒ entered a plea of guilty    ☐ entered a plea of nolo contendere
to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NO. | DEGREE OF CRIME | OBTS NO. |
|---|---|---|---|---|
| 1 | BURGLARY ON AN UNOCCUPIED STRUCTURE | 810.02(4)A | 3F | |
| 2 | GRAND THEFT 3RD DEGREE/$300+ /-$5,000 | 812.014(2)(C)1 | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby
ADJUDICATED GUILTY of the above crime(s).

RECORDED

MAR 25 1998

Clerk of Circuit
& County Courts

OFFICIAL

18033 PG 1895

1ms    3/9/98                                    Page 1 of ___2___

Defendant SMITH, DWAYNE ANTHONY   Case Number 98-4030

## CHARGES/COSTS

The Defendant is hereby ordered to pay the following sum if checked:

☒ Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Compensation Trust Fund).

☒ Five dollars ($5.00) as a court cost pursuant to F.S. 938.01 (1) $3.00, F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds)

☐ A fine in the sum of $ _____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as a part of a sentence to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ Twenty dollars ($20.00) pursuant to F. S. 938.09 (Handicapped and Elderly Security Assistance Trust Fund).

☐ A 10 percent surcharge in the sum of $ _____ pursuant to 938.11 (Handicapped and Elderly Security Assistance Trust Fund).

☒ A sum of $ _____200.00_____ pursuant to 938.05 (Local Government Criminal Justice Trust Fund).

☐ Restitution in accordance with attached order.

☒ Three dollars ($3.00) Juvenile Assessment Center pursuant to Dade County Ordinance 96-182, F.S. incorporating F.S. 938.17.

☒ A sum of $ _____40.00_____ pursuant to F.S. 27.52 (Public Defender Application Fee).

☐ A sum of $ _____ pursuant to F.S. 939.18 (Court Facilities Cost).

☐ Other _____

## FINGERPRINTS AND SOCIAL SECURITY NUMBER OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by. _____  
Name: 700

Title: COT

Defendant's social security number is _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_

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant, _____

and that they were placed thereon by said Defendant in my presence in Open Court this date, and that the defendant either

☐ provided the above - mentioned social security number.

OR

☐ was unable or unwilling to provide his/her social security number.

DONE AND ORDERED in Open Court in Dade County, Florida this _____ day of _____, 19 _____

FEB 26 1998

[OFF ENDER]

18033 PG 1 896

MICHAEL A. GENDEN
JUDGE  CIRCUIT JUDGE

Page 2 of 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA.

258

| CRIMINAL DIVISION | SENTENCE (AS TO COUNT 1 & 2 ) | | CASE NUMBER 98-4030 OBTS NUMBER |
|---|---|---|---|

| THE STATE OF FLORIDA | VS. DWAYNE ANTHONY SMTIH | CLOCK IN J. BICKETT |
|---|---|---|

PLAINTIFF                                    DEFENDANT

The defendant, being personally before this Court, accompanied by his attorney, __T. ENRIQUEZ__ ,
and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and
to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and
no cause being shown and the Court having:

☐ on _____ deferred imposition of sentence until this date.

(Check one) ☐ previously entered a judgment in this case on the defendant now resentences the defendant.

☐ placed the defendant on Probation/Community Control and having subsequently revoked the
defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that the defendant:

☐ pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____
as the 5% surcharge required by F.S. 938.04.

☐ is hereby committed to the custody of the Department of Corrections.

☒ is hereby committed to the custody of the Sheriff of Dade County, Florida.

☐ is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

☐ for a term of Natural Life.

☒ for a term of ___THREE HUNDRED SIXTY FOUR (364) DAYS___ .

☐ said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth
in this Order.

☐ IT IS FURTHER ORDERED that the entry of sentence be suspended as to count(s) _____ of this case.

OFFICIAL RECORDS

18033 PG 1897

lms    3/9/98

CLK/CT 405  REV. 8/97

Defendant __DWAYNE ANTHONY SMITH__

OTHER PROVISIONS                                    Case Number _____98-4030_____

**RETENTION OF JURISDICTION** _____ The Court retains jurisdiction over the defendant pursuant to Florida Statutes 947.16(3).

**JAIL CREDIT** ____X____ It is further ordered that the Defendant shall be allowed a total of ___ALL *___ days as credit for time incarcerated prior to imposition of this sentence.
*per court order

**PRISON CREDIT** _____ It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/ CONCURRENT AS TO OTHER COUNTS** ____X____ It is further ordered that the sentence imposed for count(s) ___1 & 2___ shall run (check one) ☐ consecutive to ☒ concurrent with the sentence set forth in count(s) __1 & 2__ of this case.

**CONSECUTIVE/ CONCURRENT AS TO OTHER CONVICTIONS** ____X____ It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☒ concurrent ~~with the~~
with the following:                                                       and coterminous

_____ Any active sentence being served.
____X____ Specific sentences: _____98-1283_____

**BLOOD SAMPLE REQUIRED** _____ It is further ordered, pursuant to section 943.325, Florida Statutes, that the defendant, having been convicted of an attempt or offense under section 794 (sexual battery), 800 (lewdness or indecent exposure), 782.04 (murder), 784.045 (aggravated battery), 812.133 (car jacking), or 812.135 (home invasion robbery) shall be required to submit blood specimens.

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

In imposing the above sentence, the Court further recommends _____

*CRIMINAL ORDER OF RESTITUTION IMPOSED FOR $10,000 PAYABLE TO:  MARK BOYLE

700 NE 79 STREET     MIAMI, FL  33138

DONE AND ORDERED in Open Court at Dade County, Florida, this ___26___ day of ___FEBRUARY___, 19 _98_.

18033 PG 1898

MICHAEL A. GENDEN                    JUDGE

CLK/CT 405 REV. 1/97

Defendant ___DWAYNE ANTHONY SMITH___

OTHER PROVISIONS

Case Number _____98-4030_____

**RETENTION OF**
**JURISDICTION** _____    The Court retains jurisdiction over the defendant pursuant to Florida Statutes
947.16(3).

**JAIL CREDIT** ____X____    It is further ordered that the Defendant shall be allowed a total of __ALL *__
days as credit for time incarcerated prior to imposition of this sentence.
*per court order

**PRISON CREDIT** _____    It is further ordered that the Defendant be allowed credit for all time previously
served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/**
**CONCURRENT AS TO**
**OTHER COUNTS** ____X____    It is further ordered that the sentence imposed for count(s) ___1 & 2___
shall run (check one) ☐ consecutive to ☒ concurrent with the sentence set
forth in count(s) __1 & 2__ of this case.

**CONSECUTIVE/**
**CONCURRENT AS TO**
**OTHER CONVICTIONS** ___X___    It is further ordered that the composite term of all sentences imposed for the
counts specified in this order shall run ☐ consecutive to ☒ concurrent~~with the~~
with the following:                                                    and coterminous

_____ Any active sentence being served.
____X____ Specific sentences: _____98-1283_____

_____
_____

**BLOOD SAMPLE**
**REQUIRED** _____    It is further ordered, pursuant to section 943.325, Florida Statutes, that the
defendant, having been convicted of an attempt or offense under section 794
(sexual battery), 800 (lewdness or indecent exposure), 782.04 (murder),
784.045 (aggravated battery), 812.133 (car jacking), or 812.135 (home invasion
robbery) shall be required to submit blood specimens.

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby
ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the
Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty
days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said
appeal at the expense of the State upon showing of indigence.

In imposing the above sentence, the Court further recommends _____

_____*CRIMINAL ORDER OF RESTITUTION IMPOSED FOR $10,000 PAYABLE TO:   MARK BOYLE_____
_____700 NE 79 STREET      MIAMI, FL  33138_____

_____

DONE AND ORDERED in Open Court at Dade County, Florida, this __26__ day of __FEBRUARY__, 19 _98_.

18033 PG 1898

_____MICHAEL A. GENDEN_____    _____JUDGE

24797K          NV EES 12/22/99

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | ORDER | | CASE | GOVERNMENT EXHIBIT |
|---|---|---|---|---|
| ☒ CRIMINAL ☐ TRAFFIC ☐ OTHER | WITHHOLDING ADJUDICATION | | 98-3137 | |

THE STATE OF FLORIDA    VS.

DWAYNE ANTHONY SMITH

CLOC

**PLAINTIFF**                    **DEFENDANT**

IT APPEARING UNTO THE COURT that the defendant has been found guilty of the charge(s) of
BURGLARY OF AN UNOCCUPIED CONVEYANCE AS SET FORTH IN COUNT 1 OF THE INFOMATION

by: THE COURT UPON ENTRY OF A GUILTY PLEA

and it appearing unto the Court upon a hearing of the matter that the defendant is not likely again to engage in a criminal course of conduct and that the ends of justice and the welfare of society do not require that the defendant shall presently suffer the penalty imposed by law, and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that an adjudication of guilt be and the same is hereby, stayed and withheld.

DONE AND ORDERED AT Miami, Florida this ___26___ day of ___FEBRUARY___, 19_98_.

RECORDED

MAR 2 4 1998

Clerk of Circuit & County Courts

MICHAEL A. GENDEN    JUDGE

lms  3/9/98

18033PG0987

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.  153
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | JUDGMENT | | CASE NUMBER |
|---|---|---|---|
| ☒ CRIMINAL | ☐ Probation Violator    ☐ Retrial | | 98-3137 |
| ☐ OTHER | ☐ Community Control Violator    ☐ Resentence | | |

THE STATE OF FLORIDA    VS.    DWAYNE ANTHONY SMITH

CLOCK IN

PLAINTIFF                    DEFENDANT

The Defendant, __DWAYNE ANTHONY SMITH_____, being personally before this Court represented by
__T. ENRIQUEZ_____, his attorney of record, and the State represented by ____C. PLAYTON____,
Assistant State's Attorney, and having:

☐ been tried and found guilty    ☒ entered a plea of guilty    ☐ entered a plea of nolo contendere
to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NO. | DEGREE OF CRIME | OBTS NO. |
|---|---|---|---|---|
| 2 | GRAND THEFT 3RD DEGREE/$10,000 +/-$20,000 | 812.014(2)(c)(3) | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

18033PG0968

Date: 3/9/98 _RF_

Page 1 of ___3___

CLRCT 401   REV. 1/97

Defendant _SMITH, DWAYNE_     Case Number _98-3137_

## CHARGES/COSTS

The Defendant is hereby ordered to pay the following sum if checked:

- ☒ Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Compensation Trust Fund).
- ☒ Five dollars ($5.00) as a court cost pursuant to F.S. 938.01 (1) $3.00, F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds).
- ☐ A fine in the sum of $ _____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as a part of a sentence to F.S. 775.083 are to be recorded on the Sentence page(s)).
- ☐ Twenty dollars ($20.00) pursuant to F. S. 938.09 (Handicapped and Elderly Security Assistance Trust Fund).
- ☐ A 10 percent surcharge in the sum of $ _____ pursuant to 938.11 (Handicapped and Elderly Security Assistance Trust Fund)
- ☒ A sum of $ _200.00_ pursuant to 938.05 (Local Government Criminal Justice Trust Fund).
- ☐ Restitution in accordance with attached order.
- ☒ Three dollars ($3.00) Juvenile Assessment Center pursuant to Dade County Ordinance 96-182, F.S. incorporating F.S. 938.17.
- ☒ A sum of $ _40.00_ pursuant to F.S. 27.52 (Public Defender Application Fee).
- ☐ A sum of $ _____ pursuant to F.S. 939.18 (Court Facilities Cost).
- ☐ Other _____

### FINGERPRINTS AND SOCIAL SECURITY NUMBER OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _____     C.C.
     Name                     Title

Defendant's social security number is _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_

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant, _____ and that they were placed thereon by said Defendant in my presence in Open Court this date, and that the defendant either

- ☐ provided the above - mentioned social security number
  OR
- ☐ was unable or unwilling to provide his/her social security number

DONE AND ORDERED in Open Court in Dade County, Florida this _____ day of __ FEB 26 1998 __, 19____

18033r50989     Page 3 of 3

_____
JUDGE    MICHAEL A. GENDEN
        CIRCUIT JUDGE

| | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT<br>IN AND FOR DADE COUNTY, FLORIDA. | | 258 |
|---|---|---|---|
| **CRIMINAL DIVISION** | **SENTENCE**<br>(AS TO COUNT ___1___ ) | | **CASE NUMBER**<br>98-3137<br>OBTS NUMBER _____ |
| THE STATE OF FLORIDA | VS.<br><br>DWAYNE ANTHONY SMITH | | **CLOCK IN** |
| | **PLAINTIFF** | **DEFENDANT** | |

The defendant, being personally before this Court, accompanied by his attorney, ___T. ENRIQUEZ___,
and ~~having been advised by the Court~~ and the Court having given the defendant an opportunity to be heard and
to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and
no cause being shown and the Court having:

☐ on _____ deferred imposition of sentence until this date.

(Check one)  ☐ previously entered a judgment in this case on the defendant now resentences the defendant.

☐ placed the defendant on Probation/Community Control and having subsequently revoked the
defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that the defendant:

☐ pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____
as the 5% surcharge required by F.S. 960.25.

☐ is hereby committed to the custody of the Department of Corrections.

☒ is hereby committed to the custody of the Sheriff of Dade County, Florida.

☐ is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

☐ for a term of Natural Life.

☒ for a term of ___THREE HUNDRED SIXTY FOUR (364) DAYS___.

☐ said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth
in this Order.

☐ IT IS FURTHER ORDERED that the entry of sentence be suspended as to count(s) _____ of this case.

RECORDED

MAR 25 1998

Clerk of Circuit
& County Courts

18033PG1082

lms  3/9/98

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA.

**258**

| CRIMINAL DIVISION | **SENTENCE**<br><br>(AS TO COUNT ___2___ ) | | **CASE NUMBER**<br>98-3137<br>OBTS NUMBER _____ |
|---|---|---|---|

| THE STATE OF FLORIDA | VS.<br>DWAYNE ANTHONY SMITH | **CLOCK IN** |
|---|---|---|

| **PLAINTIFF** | **DEFENDANT** | |
|---|---|---|

The defendant, being personally before this Court, accompanied by his attorney, ___T. ENRIQUEZ___
and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and
to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and
no cause being shown and the Court having:

☐ on _____ deferred imposition of sentence until this date.

(Check one) ☐ previously entered a judgment in this case on the defendant now resentences the defendant.

☐ placed the defendant on Probation/Community Control and having subsequently revoked the
defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that the defendant:

☐ pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____
as the 5% surcharge required by F.S. 938.04.

☐ is hereby committed to the custody of the Department of Corrections.

☒ is hereby committed to the custody of the Sheriff of Dade County, Florida.

☐ is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

☐ for a term of Natural Life.

☒ for a term of ___THREE HUNDRED SIXTY FOUR (364) DAYS___.

☐ said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth
in this Order.

☐ IT IS FURTHER ORDERED that the entry of sentence be suspended as to count(s) _____ of this case.

OFFICIAL RECORD

18033 PG 1893

lms 3/9/98

CLK/CT 405 REV. 6/97

(1) PAGE __2__ OF __3__

Defendant    DWAYNE ANTHONY SMITH

OTHER PROVISIONS                          Case Number _____ 98-3137

RETENTION OF
JURISDICTION            _____    The Court retains jurisdiction over the defendant pursuant to Florida Statutes
                                     947.16(3).                    •

JAIL CREDIT             ___X___     It is further ordered that the Defendant shall be allowed a total of __ALL*__
                                    days as credit for time incarcerated prior to imposition of this sentence.
                                    *per court order
PRISON CREDIT           _____   It is further ordered that the Defendant be allowed credit for all time previously
                                    served on this count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT AS TO
OTHER COUNTS            _____   It is further ordered that the sentence imposed for count(s) _____
                                    shall run (check one) ☐ consecutive to ☐ concurrent with the sentence set
                                    forth in count(s) _____ of this case

CONSECUTIVE/
CONCURRENT AS TO
OTHER CONVICTIONS ____X____         It is further ordered that the composite term of all sentences imposed for the
                                    counts specified in this order shall run ☐ consecutive to  X ☐ concurrent with the
                    with the following                                                          and coterminous

                                    _____ Any active sentence being served
                                    ___X_____ Specific sentences _____ 98-1283
                                    _____
                                    _____

BLOOD SAMPLE
REQUIRED                _____   It is further ordered, pursuant to section 943.325, Florida Statutes, that the
                                    defendant, having been convicted of an attempt or offense under section 794
                                    (sexual battery), 800 (lewdness or indecent exposure), 782.04 (murder),
                                    784.045 (aggravated battery), 812.133 (car jacking), or 812.135 (home invasion
                                    robbery) shall be required to submit blood specimens                              •

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby
ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the
Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty
days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said
appeal at the expense of the State upon showing of indigence.

In imposing the above sentence, the Court further recommends _____

    *CRIMINAL ORDER OF RESTITUTION IMPOSED FOR $11,000.00 PAYABLE TO:   OSCAR HERNANDEZ

    757 NE 77th TERR    MIAMI, FL  33138

DONE AND ORDERED in Open Court at Dade County, Florida, this __26__ day of __FEBRUARY__, 19 _98_.

        OED ROM
        18033 PG 1894

        MICHAEL A. GENDEN /    JUDGE

CLK/CT 405 REV. 1/97

                                                              PAGE ___3___ OF ___3___

153

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | JUDGMENT | | CASE NUMBER |
|---|---|---|---|
| ☒ CRIMINAL | ☐ Probation Violator    ☐ Retrial | | 98-1283 |
| ☐ OTHER | ☐ Community Control Violator    ☐ Resentence | | |

THE STATE OF FLORIDA    VS.

DWAYNE SMITH

T. COTTINGHAM

CLOCK IN

GOVERNMENT EXHIBIT

PLAINTIFF                                      DEFENDANT

The Defendant, ____DWAYNE SMITH_____, being personally before this Court represented by
____T. ENRIQUEZ_____, his attorney of record, and the State represented by ____C. PLAYTON____,
Assistant State's Attorney, and having:

☐ been tried and found guilty    ☒ entered a plea of guilty    ☐ entered a plea of nolo contendere
to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NO. | DEGREE OF CRIME | OBTS NO. |
|---|---|---|---|---|
| 2 | POSSESSION OF BURGLARY TOOLS | 775.087 | 3F | |
| 3 | POSSESSION OF COCAINE | 893.13(6)(a) | 3F | |
| 4 | USE OR POSSESSION OF DRUG PARAPHERNALIA | 893.147(1) | 1M | |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby
ADJUDICATED GUILTY of the above crime(s).

RECORDED

MAR 25 1998

Clerk of Circuit
& County Courts    Page 1 of    2

[ENTERED IN]
18033 PG 1262

lms    3/9/98

Defendant SMITH, DWAYNE                    Case Number 98-1283

## CHARGES/COSTS

The Defendant is hereby ordered to pay the following sum if checked:

☒ Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Compensation Trust Fund).

☒ Five dollars ($5.00) as a court cost pursuant to F.S. 938.01 (1) $3.00, F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds).

☐ A fine in the sum of $ _____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as a part of a sentence to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ Twenty dollars ($20.00) pursuant to F. S. 938.09 (Handicapped and Elderly Security Assistance Trust Fund).

☐ A 10 percent surcharge in the sum of $ _____ pursuant to 938.11 (Handicapped and Elderly Security Assistance Trust Fund).

☒ A sum of $ 200.00 pursuant to 938.05 (Local Government Criminal Justice Trust Fund).

☐ Restitution in accordance with attached order.

☒ Three dollars ($3.00) Juvenile Assessment Center pursuant to Dade County Ordinance 96-182, F.S. incorporating F.S. 938.17.

☒ A sum of $ 40.00 pursuant to F.S. 27.52 (Public Defender Application Fee).

☐ A sum of $ _____ pursuant to F.S. 939.18 (Court Facilities Cost).

☐ Other_____

### FINGERPRINTS AND SOCIAL SECURITY NUMBER OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | *NO FINGERPRINTS TAKEN | | | |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _____
                          Name                                Title

Defendant's social security number is _____

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the Defendant, _____

and that they were placed thereon by said Defendant in my presence in Open Court this date, and that the defendant either

☐ provided the above - mentioned social security number.
OR
☐ was unable or unwilling to provide his/her social security number.

DONE AND ORDERED in Open Court in Dade County, Florida this _____ day of  **FEB 2 6 1998** , 19 ____

18033 PG 1263

MICHAEL A. GENDEN

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA.

258

| CRIMINAL DIVISION | SENTENCE<br>(AS TO COUNT 2, 3& 4 ) | | CASE NUMBER<br>98-1283<br>OBTS NUMBER _____ |
|---|---|---|---|

| THE STATE OF FLORIDA | VS.<br><br>DWAYNE SMITH    T. COTTINGHAM | | CLOCK IN |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | | |

The defendant, being personally before this Court, accompanied by his attorney, ___T. ENRIQUEZ;_____,
and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and
to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and
no cause being shown and the Court having:

☐ on _____ deferred imposition of sentence until this date.

(Check one) ☐ previously entered a judgment in this case on the defendant now resentences the defendant.

☐ placed the defendant on Probation/Community Control and having subsequently revoked the
defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that the defendant:

☐ pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____
as the 5% surcharge required by F.S. 938.04.

☐ is hereby committed to the custody of the Department of Corrections.

☒ is hereby committed to the custody of the Sheriff of Dade County, Florida.

☐ is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

☐ for a term of Natural Life.

☒ for a term of ___THREE HUNDRED SIXTY FOUR (364) DAYS_____.

☐ said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth
in this Order.

☒ IT IS FURTHER ORDERED that the entry of sentence be suspended as to count(s) ___4___ of this case.

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. _____ AD 19___
HARVEY RUVIN, Clerk of Circuit and County Courts
2 pages Deputy Clerk _____
5290

lms   3/9/98

Defendant _____ DWAYNE SMITH _____

OTHER PROVISIONS                    Case Number _____ 98-1283 _____

**RETENTION OF
JURISDICTION**          _____    The Court retains jurisdiction over the defendant pursuant to Florida Statutes
947.16(3).

**JAIL CREDIT**          ___X___    It is further ordered that the Defendant shall be allowed a total of ___ALL___*
days as credit for time incarcerated prior to imposition of this sentence.
*per court order

**PRISON CREDIT**          _____    It is further ordered that the Defendant be allowed credit for all time previously
served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/
CONCURRENT AS TO
OTHER COUNTS**          ___X___    It is further ordered that the sentence imposed for count(s) ___2 & 3___
shall run (check one) ☐ consecutive to ☒ concurrent with the sentence set
forth in count(s) ___2 & 3___ of this case.

**CONSECUTIVE/
CONCURRENT AS TO
OTHER CONVICTIONS**          _____    It is further ordered that the composite term of all sentences imposed for the
counts specified in this order shall run ☐ consecutive to  ☐ concurrent with the
following:

_____ Any active sentence being served.

_____ Specific sentences: _____

_____

_____

**BLOOD SAMPLE
REQUIRED**          _____    It is further ordered, pursuant to section 943.325, Florida Statutes, that the
defendant, having been convicted of an attempt or offense under section 794
(sexual battery), 800 (lewdness or indecent exposure), 782.04 (murder),
784.045 (aggravated battery), 812.133 (car jacking), or 812.135 (home invasion
robbery) shall be required to submit blood specimens.

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby
ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the
Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty
days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said
appeal at the expense of the State upon showing of indigence.

In imposing the above sentence, the Court further recommends _____

_____

_____

DONE AND ORDERED in Open Court at Dade County, Florida, this ___26___ day of ___FEBRUARY___ , 19 98 .

18033 PG 1265

_____
MICHAEL A. GENDEN    JUDGE

CLK/CT 485  REV. 1/97

## OCTOBER 1, 1995 RULE 3.991(a) SENTENCING GUIDELINES SCORESHEET

| 1. DATE OF SENTENCE | 2. PREPARED BY ☐ DC ☑ SAO | 3. COUNTY | 4. SENTENCING JUDGE |
|---|---|---|---|
| 02-26-00 M O D Y YR | | Dade | Gerald |

| 5. NAME (LAST, FIRST, M.I.) | 6. DOB | 7. DC# | 9. RACE | 10. GENDER |
|---|---|---|---|---|
| SMITH, Dwayne | M O D Y YR 01 15 70 | 8. OBTS# | ☑ B ☐ W ☐ OTH | ☑ M ☐ F |

☐ PLEA   ☐ TRIAL

**FILED**

**I. PRIMARY OFFENSE:** If Qualifier, please check ___ A ___ S ___ C ___ R  (A= Attempt, S= Solicitation, C= Conspiracy, R=Reclassification)

DOCKET# 98-1283   FELONY DEGREE 2   F.S. #   T. COTTINGHAM

**FEB 26 1998**

OFFENSE LEVEL 09   OFFENSE DATE M O D Y YR   POINTS 22

Description: ___ Burg. of Structure

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples primary offense points ☐

**II. ADDITIONAL OFFENSE(S):** Supplemental page attached ☐

| DOCKET# | FEL/MM | F.S. # | OFFENSE LEVEL | QUALIFY A S C R | CNTS | POINTS |
|---|---|---|---|---|---|---|
| 98-1283 | | | 4 | ☐☐☐☐ | 1 × 3.6 | = 3.6 |
| Description: Burg. Tools | | | | | | |
| 98-1283 | | | 3 | ☐☐☐☐ | 1 × 2.4 | = 2.4 |
| Description: Poss. of cocaine | | | | | | |
| 98-3137-01 | | | 4 | ☐☐☐☐ | 2 × 3.6 | = 7.2 |
| Description: Burg. of Structure | | | | | | |
| 98-4030 | | | | | | |

(Level = Pts: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)

Prior capital felony triples additional offense points ☐   2   Supplemental page points 15.6

98-3137   GT   3rd   2   1.2   II. 2.4

**III. VICTIM INJURY:**
98-4030   Number   Total   Number   Total

| | | | | |
|---|---|---|---|---|
| 2nd Degree Murder | 240 X ___ = ___ | Slight | 4 X ___ = ___ |
| Death | 120 X ___ = ___ | Sex Penetration | 80 X ___ = ___ |
| Severe | 40 X ___ = ___ | Sex Contact | 40 X ___ = ___ |
| Moderate | 18 X ___ = ___ | | |

III. ___

**IV. PRIOR RECORD:** Supplemental page attached ☐

| FEL/MM DEGREE | F.S. # | OFFENSE LEVEL | QUALIFY A S C R | DESCRIPTION | NUM | POINTS |
|---|---|---|---|---|---|---|
| | | 6 | ☐☐☐☐ | Agg Assault | 1 × 9 = 9 |
| | | | ☐☐☐☐ | | × ___ = ___ |
| | | | ☐☐☐☐ | | × ___ = ___ |
| | | | ☐☐☐☐ | | × ___ = ___ |
| | | | ☐☐☐☐ | | × ___ = ___ |

(Level = Pts: M=0.2, 1=0.5, 2=0.8, 3=1.2, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)

Supplemental page points 9

Pag. ; Subtotal

V.  Legal Status Violation = 4 Points                                      V. ____

VI.  Community Sanction Violation before the court for sentencing
    A)  6 Pts x each such successive violation OR                    VI.  A.____
    B)  New Felony Conviction = 12 Pts x each such successive violation    B.____

VII.  Firearm/Semi-Automatic or Machine Gun = 18 or 25 Points          VII. ____

VIII.  Prior Serious Felony = 30 Pts                                      VIII. ____

Subtotal Sentence Points. ____

IX.  Enhancements (only if the primary offense qualifies for enhancement)

| Law Enforcement Protection | Drug Trafficking | Grand Theft Motor Vehicle | Street Gang (offenses committed on or after 10-1-96) | Domestic Violence (offenses committed on or after 10-1-97) |
|---|---|---|---|---|
| ☐ x 1.5 ☐ x 2.0 ☐ x 2.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 | ☐ x 1.5 |

Enhanced Subtotal Sentence Points  IX. ____

TOTAL SENTENCE POINTS ____ 46.6

### SENTENCE COMPUTATION

For any felony committed on or after July 1, 1997, where the defendant has at least one prior felony conviction, the court may impose a state prison sentence not to exceed 22 months when a non state prison sanction is recommended, or when the minimum recommended sentence is less than 22 months in state prison.

• 40 or less total sentence points mandates a non state prison sanction, except as provided above. Sentence points less than or equal to 40 may be increased by 15 percent

_____ x 1.15 = _____
Total Sentence Points          Increased Sentence Points

• If total or increased sentence points are greater than 40 or equal to 52, state incarceration is discretionary. A total of more than 52 total or increased sentence points must be a state prison sentence. A life sentence may be imposed at the discretion of the court if total sentence points are 363 or greater.

46.6 minus 28 = 18
Total/Increased Points    State Prison Months

• The sentencing court may increase or decrease prison months by up to 25 percent except where total sentence points were originally increased by 15 percent to exceed 40 points. Any state prison sentence must exceed 12 months.

18
State Prison Months

x .75 = 13.5   Min. Prison Months
x 1.25 = 22.5   Max. Prison Months

### TOTAL SENTENCE IMPOSED

|  | Years | Months | Days |  |
|---|---|---|---|---|
| ☐ State Prison  ☐ Life | | | | Has more than one scoresheet |
| ☑ County Jail  ☐ Time Served | 1 | | | been used at sentencing? |
| ☐ Community Control | | | | ____ Yes      ____ No |
| ☐ Probation | | | | |

• Please designate the particular type of sentence where an enhanced or mandatory sentence imposed.

☐ Habitual Felony/Habitual Violent Offender          ☐ Guideline Aggravated Departure
☐ Violent Career Criminal                            ☐ Guideline Mitigated Departure
☐ Prison Releasee Reoffender Punishment Act
☐ Mandatory pursuant to:    ☐ §775.087    ☐ §893.13    ☐ §893.135

OFF REC BK

18033 PG 1267

CIRCUIT COURT DADE COUNT:    CRIMINAL DIVISION

SECTION F015    CASE NO F98001283

SMITH, DWAYNE                        7/03/62
621 NE 86 ST              #4          B/M
MIAMI          FL  33148            428122

ARRESTED   1/13/98

| DATE | NEW ADDRESS / ADDRESS |
|---|---|
| | |
| | |
| | |
| | |

ADJ INSOLVENT - APPT. P.D. / S.A.P.D.

JAN 14 1998   P.D. TEMP APPT'B UNTIL FORMAL DETERMINATION OF INDIGENCY

FEB 03 1998  PD APPT. FEE 1/4/98

| CASE DISMISSED | |
|---|---|
| NO ACTION | |
| NOLLE PROS | FEB 26 1998  CT. 1 |

18-3137

8-4030

OND RELEASE

OND ESTREATURE

O BE ARRESTED ON

| | JUDGE/CLERK | ME | M7 | MAG. ELN | MAG+ELN | | | |
|---|---|---|---|---|---|---|---|---|
| ATE | | JAN 26 1998 | FEB 03 1998 | FEB 26 1998 | | | | |
| JILTY | | | | | ✓ CT 3:4 | | | |
| OT GUILTY | | | ✓ BX CT. MUTE | NEG. PLEA | | | |
| AIVER OF JURY | | | DETY. JUR / | W.J | | | |
| ATE | S. Seltchik | | C. PLAYTON | DO | | | |
| FENSE | M. Shuminer | C. TAVARES, P.D. | T. ENRIQUEZ, A.D. | | | |
| | PUP | PD / P~JAIL | DO | | | |
| ERPRETER | | | | | | | |
| REPORTER | A. Hubbard | DO | DO | | | |
| M | S. Bessner | DO | DO | | | |

| CLERK'S MINUTES | DEFT - ACTION DATE | ORAL NOTICE | CONTINUED TO/FOR | S | D | C |
|---|---|---|---|---|---|---|
| N 26 1998  See motion for | JAN 14 1998 | FEB 1 3 1998 | | | | |
| Modification of Bail. Denied | JAN 26 1998 | | 2.3.98 ARC | | | |
| B 03 1998  TASC EVAL. RET. FEB 03 1998 | JAIL | 2.18.98 T/D + NEW CASE | | | |
| N. AFF. FILED. DEFT. SWORN  FEB 18 1998 | JAIL | 2.26.98 DO | | | |
| QUALIF. FOR PD APPT. 15 DAYS FEB 26 1998 | JAIL | CLOSED | | | |
| NS., DEN. DISC., DISC FILD. | | | | | | |
| W CASE 98-3137. | | | | | | |

1 387 REV. 8/97