AO 442 (Rev. 5/93) Warrant for Arrest                                    AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE SMITH

**WARRANT FOR ARREST**

CASE NUMBER **00-6077**

CR-ZLOCH MAGISTRATE JUDGE
SELTZER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DWAYNE SMITH
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowingly possess a firearm.

in violation of Title ____ 18 ____ United States Code. Section(s) ____ 922(g)(1) ____

CLARENCE MADDOX                                CLERK OF THE COURT
Name of Issuing Officer                        Title of Issuing Officer

*Jenny Suttle*                                 3/28/00   FT Lauderdale, FL
Signature of Issuing Officer                   Date and Location

Bail fixed at $ *Pretrial Detention Requested* by  *Lurana S. Snow*
                                                   LURANA S. SNOW, CHIEF U.S. MAGISTRATE JUDGE
                                                   Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Ft. Lauderdale, Fl |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/28/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/19/2000 | FOR: ATF | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc