UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 00-6077-CR-Zloch

ORDER ON INITIAL APPEARANCE

UNITED STATES OF AMERICA
Plaintiff,

v.

DWAYNE SMITH
Defendant.

FILED by _____ D.C.
MAY 1 7 2000

Language __English__
Tape No __00-_____
AUSA __Tom Lanigan__
Agent __DEA__

The above-named defendant having been arrested on __5-19-00__, having appeared before the court for initial appearance on __5-19-00__ and proceedings having been held in accordance with _____

ORDERED as follows

1. _____ appeared as _____
   Address: __
   Zip Code: _____     Telephone: _____

2. FPD - Daryl Wilcox _____ appointed as permanent _____
   Address: _____
   Zip Code: _____     Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____

4. Arraignment ~~Preliminary Removal Identity hearing~~ is set for _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing pursuant to 18 U.S.C. 3142(f) is set for __May 24, 2000 at 10:30__ a.m.

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142: _____

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court

____ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person, other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law

____ d. Maintain or actively seek full-time gainful employment

____ e. Maintain or begin an educational program

____ f. Avoid all contact with victims of or witnesses to the crimes charged

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

____ h. Comply with the following curfew:

- 1 -

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest   _____

On Warrant   __xx_____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F 2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 19th day of May , 20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services