UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA

vs

DWAYNE SMITH

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on MAY 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address:_____

                  _____

                  Telephone:_____

DEFENSE COUNSEL:  Name: _Federal Public Defender_

                  Address:_____

                  _____

                  Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no _X_ Bond hearing set for _May 24, 2000 @ 10:30 a.m._

Dated this __19TH__ day of __MAY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
    Deputy Clerk

Tape No. __00-44__

cc: Copy for Judge
    U. S. Attorney