DEFT: __DWAYNE SMITH (j)__

CASE NO: ____00-6077-CR-Zloch____

AUSA: __Tom Lanigan__

ATTNY: _____

AGENT: __DEA__

VIOL: __18:922(g)(1)__

PROCEEDING: 1/A on Indictment

BOND REC: ____PTD____

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: _____

____BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PIS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) Halfway House

Electronic Monitoring.

*Not Guilty Plea entered.*
*Stand: Discovery ORder entered.*

*NO Tapes.*

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: __May 24, 2000 @ 10:30 a.m.__

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: __June 2, 2000 @ 11:00 a.m.__

DATE: __5-19-00__   TIME: __12:00__   TAPE # __00-044__   PG #