UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55311-004

UNITED STATES OF AMERICA )
             Plaintiff   ) Case Number: CR 00-6077 ZLOCH
                         ) REPORT COMMENCING CRIMINAL
      -vs-               )              ACTION
                         )
Dwayne Smith             )
_____
         Defendant

FILED by ___ D.C.
MAY - x 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-19-00 / 11 (am) pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 922(g)

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 7-3-62

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN FLORIDA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ PTD Requested
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____