## COURT MINUTES

**U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: DWAYNE SMITH (J)    CASE NO: 00-6077-CR-ZLOCH

AUSA: THOMAS LANIGAN *pres*    ATTY: FPD Bat Hunt

AGENT:    VIOL:

PROCEEDING PTD HEARING    RECOMMENDED BOND PTD

BOND HEARING HELD (yes)/no    COUNSEL APPOINTED

BOND SET @ 50,000 CSB W/Nebb

*FILED by JAG D.C. MAY 24 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Gov't proceeded by proffer

S/A Robert Smoren - ATF - sworn for (cross)

Detention denied - bond set

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF:

Date: 5-24-00    Time 10:30    FTL/LSS TAPE #00- 024    Begin: 2190    End: 22

and 026

17