UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA, :

       Plaintiff, :

v. :

DWAYNE SMITH, :

       Defendant. :

_____

**STATUS REPORT**

A status conference was held in this cause on June 2, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case will take two days to try.

DATED at Fort Lauderdale, Florida, this _____ day of June, 2000.

                                     _____
                                     LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Patrick Hunt (FTL)

