HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DWAYNE SMITH_____ CASE NO: __00-6077-CR-ZLOCH__

AUSA __TOM LANIGAN__ /Thompson ATTY __FPD__ - Berube  00-028

Disc out -    C 2066

DEFT __HUGH ROBINSON_____ CASE NO: __00-6136-CR-FERGUSON__

AUSA __TOM WATTS-FITZGERALD__ Thompson ATTY __MAX ENGEL (RETAINED)__ Not pres

Disc out. M/wdraw filed   @ 2113
by cnsl

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __6-2-00_____ TIME __11:00_____

19