FILED by _CM_ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER _00-60077-CR-Zloch_ DATE _June 30, 2000_

CLERK _Amy Jordan_          REPORTER _Carl Schanzleh_

PROBATION _____          INTERPRETER _____

_ UNITED STATES OF AMERICA_ v. _Dwayne Smith_

U. S. ATTORNEY _Thomas Lanigan_ DEFT COUNSEL _Patrick Hunt_

DEFENDANT:   PRESENT _____  (NOT PRESENT)   ON BOND ___  IN CUSTODY

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Parties will contact Chambers
to schedule a date for Change of
Plea._

JUDGMENT _____

CASE CONTINUED TO _____          TIME _____          FOR _____

MISC _____