

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO:   00-6077-CR-ZLOCH**

**UNITED STATES OF AMERICA**

**v.**

**DWAYNE SMITH**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                                  **COURTROOM A**
**299 E. BROWARD BLVD.**              **DATE & TIME:**
**FT. LAUDERDALE, FL 33301**      **July 20, 2000 at 10:00 AM**

**CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH**
**WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: July 14, 2000

cc:
Thomas Lanigan, Esq., AUSA
Patrick Hunt, Esq., AFPD

