FILED by _____ D.C.

JUL 2 0 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6077-Cr-Zloch DATE 7-20-00

CLERK Carline Newbey    REPORTER Carl Schenzler

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. Dwayne Smith

U. S. ATTORNEY Thomas Lanigan  DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to one count Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Indictment

CASE CONTINUED TO 10-13-00 TIME 10:30 FOR Sentencing

MISC Written Plea Agreement