UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

OCT 13 2000

CLARENCE ...
CLERK U.S. DIST ...
S.D. OF FLA. FT. LAUD.

CASE NUMBER  OO-6077-CR-Zloch   DATE  10-13-00
CLERK  Carline Hensley   REPORTER  Carl Schanzleh
PROBATION  Kathryn Gamez   INTERPRETER _____

UNITED STATES OF AMERICA  v.  Dewayne Smith

U. S. ATTORNEY  Jeffrey Kaplan   DEFT COUNSEL  Patrick Hunt

DEFENDANT:  (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 1 - 39 months custody of BoP. 3 yrs Supervised Release - $100 assessment - Spec cnds. Participate in drug/alcohol abuse program - Submit
JUDGMENT  to search of person or property - Maintain full-time legitimate employment - FPD appointed for appeal - Ct Recommends facility to treat

CASE CONTINUED TO _____ TIME _____ FOR
substance abuse problems.
MISC

26