UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

DWAYNE SMITH,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Motion For Detention Credit Under 18 U.S.C.S. § 3585(b) (DE 27), filed herein by Defendant, Dwayne Smith. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    That the <u>pro se</u> Defendant, Dwayne Smith's Motion For Detention Credit Under 18 U.S.C.S. § 3585(b) (DE 27) be and the same is hereby **DISMISSED** for lack of jurisdiction of this Court to consider same; and

    2.    In the alternative, assuming arguendo that this Court has jurisdiction of said Motion, then the Defendant's Motion For Detention Credit Under 18 U.S.C.S. § 3585(b) (DE 27) is **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _2nd_ day of October, 2002.

                                                WILLIAM J. ZLOCH
                                                Chief United States District Judge

Copy furnished:
Dwayne Smith, <u>Pro Se</u>
Reg. No. 55311-004
P.O. Box 7007
Marianna, FL 32447-7007