PROB 19a  SD/FL PACTS No. 54568

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH



FILED by _____ D.C.

JUL 1 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs Dwayne Smith

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| **WARRANT FOR ARREST OF SUPERVISED RELEASEE** |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Dwayne Smith |  | SEX<br>Male | RACE<br>Black | AGE<br>43 |
| ADDRESS (STREET,CITY,STATE)<br>1801 N.W. 31st Avenue, #102, Ft. Lauderdale, Florida 33311 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida |||  DATE IMPOSED<br>October 13, 2000 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable William J. Zloch, Chief Judge<br>U.S. District Court, Ft. Lauderdale, Florida |||||
| CLERK *Clarence Maddox* | (BY) DEPUTY CLERK *Barbara L Coats* ||| DATE 7-15-2005 |

| **RETURN** |||
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
|  |||
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

