PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63972



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: Dwayne Smith

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: October 13, 2000

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), a class C felony. |
| Original Sentence: | Thirty-nine (39) months custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: participate in an approved treatment program for drug and/or alcohol abuse, submit to search of person and/or property, and maintain full time, legitimate employment and cannot be unemployed for a term of more than 30 days. |

Type of Supervision: Supervised Release        Date Supervision Commenced: Sept. 26, 2003

## PETITIONING THE COURT

[ ]   To issue a warrant  
[ ]   To issue a summons  
[X]   To accept Superseding Petition

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On or about June 28, 2005 via a letter, the defendant was instructed to report to the U.S. Probation Officer on July 11, 2005, and he failed to comply. |
| 2. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the month of June 2005. |



3. **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about June 9, 2005, the defendant left employment with Goodyear Truckwise Tire Center located at 919 S. Dixie Highway in Pompano Beach, Florida, and has failed to notify the probation officer of this change.

4. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On October 24, 2004, November 23, 2004, January 7, 2005 and February 14, 2005, the defendant was instructed to file his 2004 income tax return and provide a copy to the U.S. Probation Office, and he failed to comply.

5. **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On May 3, 2005, the defendant was questioned regarding him filing his 2004 income tax return, and stated, he filed his taxes on or about April 15, 2005, when in fact, contact made with the Internal Revenue Service indicate this to be false.

6. **Violation of Special Condition**, by failing to maintain full-time, legitimate employment and being unemployed for a term of more than thirty (30) days. Since on or about February 20, 2004, the defendant has failed to maintain full-time employment, and as of June 9, 2005, has remained unemployed for a term of more than thirty (30) days.

7.          **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On July 11, 2005 in Broward County, Florida, the defendant was arrested and charged with Burglary of a Dwelling, Unoccupied, contrary to Florida Statute 810.02-3(2).

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[X]   revoked.
[]    extended for _ years, for a total term of _ years.
[]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21th day of July 2005

_____
Diane Acquaviva, U.S. Probation Officer
Phone: (954) 769-5573

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[X]   Superseding Petition Accepted

_____
Signature of Judicial Officer

7/25/05
_____
Date