UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORID

UNITED STATES
PLAINTIFF,

v.                                  CASE NO: 00-6077cr-Zloch

SMITH, DEWAYNE
_____DEFENDANT_____/

## DEMAND FOR SPEEDY TRIAL

COMES NOW, THE DEFENDANT, PRO SE IN THE ABOVE STYLED CAUSE AND DEMAND A SPEEDY TRIAL FOR VIOLATION OF PROBATION, PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 577.10 (8) AND 577.10 (7)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished via U.S. mail on this 7 day of July, 2006; to the Horonable William J. Zloch; Chief Judge 299 E. Broward Blvd., Room 202B Fort Lauderdale, Florida 33301

_____
DEFENDANT PRO SE

Hamilton Correctional Inst-/Annex
11419 S.W. County Road # 249
Jasper, Florida 32052

Certificate of Notary

Sworn to and subscribed before me this ___ day of _____, 2006.