UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA

v.

DWAYNE SMITH

Inmate Name: Dwayne Smith
Race:        Black/Male
D.O.B.       07/03/63
Prisoner No: 55311-004
DC#:         B03064

FILED by _____ D.C.
2006 AUG -3 PM 12:38

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A _Supervised Release Violation_ is pending in this Court against _Dwanye Smith_ in the above styled case, and it is set for _Initial Appearance_ at _U.S. District Courthouse, 299 E Broward Blvd, Fort Lauderdale, Florida 33301_ on _Tuesday, September 5, 2006, at 11:00a.m._

2. The defendant is now confined at the _Hamilton Correctional Institution Annex, 10650 SW 46th Street, Jasper, Florida 32052-1360, Medium Security_.

3. It is necessary to have said defendant before this Court for _Initial Appearance on a Supervised Release Violation_ as aforesaid.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him



before this Court at the time and place above specified for __Initial Appearance for a Supervised Release Violation__; Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

        A. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By: *[signature]*
        THOMAS P. LANIGAN,
        ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (Thomas P. Lanigan)
    U.S. Probation Officer (Ann Roman)