UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:  00-6077-CR-ZLOCH

UNITED STATES OF AMERICA

v.

DWAYNE SMITH

Inmate Name: Dwayne Smith
Race:         Black /Male
D.O.B.        07/03/1963
Prisoner No:  55311-004
DC #:         B03464

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL and

WARDEN,  Hamilton Correctional Institution Annex, Medium

It appearing from the petition of the United States of America that the defendant in the above case,  Dwayne Smith  is confined in the  Hamilton Correctional Institution Annex (Medium Security), at 10650 SW 46th Street, Jasper, Florida 32052-1360, and this case is set for  Initial Appearance on a Supervised Release Violation  as to said defendant at U.S. District Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301  on  Tuesday, September 5, 2006, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Dwayne Smith now detained in custody as aforesaid, under safe and secure conduct, before this Court at  U.S. District Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 by or before  11:00 o'clock, A. M., on  September 5, 2006  for  Initial Appearance on

a Supervised Release Violation and the criminal charges pending against subject in this cause, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Hamilton Correctional Institution Annex (Medium Security), at 10650 SW 46th Street, Jasper, Florida 32052-1360, to deliver Dwayne Smith, into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at  Fort Lauderdale  , Florida, this 3rd day of  August, 2006.

_____
BARRY S. SELTZER
UNITED STATE MAGISTRATE JUDGE


cc:   U.S. Attorney (Thomas P. Lanigan) AUSA
      U.S. Marshals (3 certified copies)
      U.S. Chief Probation Officer
      Probation Officer (Diane Acquaviva)