PROB 19a                                                              SD/FL PACTS No. 54568

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6077-CR-ZLOCH</u>

FILED by _____ D.C.

JUL 1 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs Dwayne Smith

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

463268

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Dwayne Smith || SEX<br>Male | RACE<br>Black | AGE<br>43 |
| ADDRESS (STREET,CITY,STATE)<br>1801 N.W. 31st Avenue, #102, Ft. Lauderdale, Florida 33311 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida |||  DATE IMPOSED<br>October 13, 2000 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable William J. Zloch, Chief Judge<br>U.S. District Court, Ft. Lauderdale, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>Barbara L Coats ||| DATE<br>7-15-2005 |
| RETURN |||||
| Warrant received and executed 7-15-05 | DATE RECEIVED<br>7/15/05 ||| DATE EXECUTED<br>8/22/06 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL |||||
| NAME  Christina Pharo, US Marshal<br>           S/D  FL | (BY)<br>Mark O'Loughlin, SDUSM ||| DATE<br>8/22/06 |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By ____ Coats ____ Deputy Clerk    Date

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

