FILED by JR D.C.
SEP 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DWAYNE SMITH (writ in)# | CASE NO: | 00-6077-CR-Zloch |
| AUSA: | Tom Lanigan  T. Thompson | ATTY: | |
| AGENT: | USPO: Diane Acquaviva | VIOL: | Violation of Supervised Release |
| PROCEEDING: | INITIAL APPEARANCE | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD N. Marks |
| BOND SET @: | | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

D advised of charges. FPD previously appt'd. D serving time in state custody. Court reappts FPD. Parties agree to $50,000 CSB w/Nebbia reserve right to revisit. Waiver of probable cause executed. Final revocation hrg before Judge Zloch

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-5-06   TIME: 1:30pm   FTL/LSS TAPE # 03-28   Begin: 170   End: 510

37