UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __00-6077-CR-WJZ__

UNITED STATES OF AMERICA

v.

___Dwayne Smith___

FILED by __JC__ D.C.
MAG. SEC.
SEP 0 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

### WAIVER OF PROBABLE CAUSE EXAMINATION

The defendant having been advised of the right to a probable cause hearing, and the defendant having refused and waived such hearing, the defendant now signs this Waiver of Probable Cause Examination.

DATED: __9-5-06__

_____
Defendant

### MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a probable cause hearing within 10 days from the defendant's initial appearance has stated she/he refused and waived such hearing and signed the foregoing Waiver of Probable Cause Examination.

IT IS ORDERED that a probable cause examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: __9-5-06__

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE