UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAG. SEC.
SEP 0 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6077-CR-Zloch

UNITED STATES OF AMERICA

vs

DWAYNE SMITH

O R D E R

__x__/ Appointing Counsel
_____/ Ratifying Prior Service
_____/ Extending Appointment
                      for Appeal
_____/ Substituting Counsel

_____
(prior counsel)

CHARGE: __VIOLATION OF SUPERVISED RELEASE_____
    __/Felony         _____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL   33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of September, 2006.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services