UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DWAYNE SMITH,
    Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned attorney, and hereby gives notice of appearance as counsel in the above-styled case and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to her.

Respectfully submitted,
KATHLEEN M. WILLIAMS

BY: _____
Chantel Doakes
Federal Bar No. A5500578
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436/Fax: (954) 356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been mailed to the United States Attorney's Office, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this ___ day September, 2006.

By: _____
Chantel Doakes