UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE SMITH,

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials,



or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,
KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Chantel Doakes
Federal Bar No. A5500578
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Email: Chantel_Doakes@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent to the United States Attorney's Office, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this ___ day September, 2006.

By: _____
Chantel Doakes

J:\Smith, Dwayne Reg55311-004\Pleadings\Invocation.wpd

2