UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

v.                                          NOTICE

DWAYNE SMITH

---

| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:   COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301        September 26, 2006 at 10:00 A.M.

---

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

---

CLARENCE MADDOX
CLERK OF COURT

*Barbara L Coats*
BY DEPUTY CLERK

DATE:     September 21, 2006

cc:  Thomas P. Lanigan, Esq., AUSA
     Chantel Doakes, Esq., AFPD
     Diane Acquaviva, U.S. Probation

FILED by _____ D.C.
SEP 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.