UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

      v.                                    NOTICE

DWAYNE SMITH

---

| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET AS FOLLOWS:

---

PLACE:    COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, FL 33301           October 6, 2006 at 11:00 A.M.

---

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

---

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                  *Barbara L. Coats*
                                  BY DEPUTY CLERK

DATE:     September 26, 2006

cc:  Thomas P. Lanigan, Esq., AUSA
     Chantel Doakes, Esq., AFPD
     Diane Acquaviva, U.S. Probation

