UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6077-CR-ZLOCH

    Plaintiff,

vs.

DWAYNE SMITH_____/

FILED by ___ D.C.
OCT 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

Date: Oct. 6, 2006    Judge: William J. Zloch

Court Reporter: Carl Schanzleh    Courtroom Clerk: Barbara Coats

Asst. U.S. Attorney: Thomas P. Lanigan, AUSA

Defense Counsel: Chantel Doakes, AFPD

Probation: Diane Acquaviva    Interpreter: NA

Defendant: __X__ Present ____ Not Present ____ On Bond __X__ In Custody

REASON FOR HEARING: Superseding Petition For Offender Under Supervision (DE 32)

RESULT OF HEARING: Defendant admitted all 7 violations. Ct. revokes dft's supervised release

JUDGMENT: Def. is committed to BOP for period of 18 mths to run concurrent with State Case No. 05-011510CF10A. No further supervision to follow

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____