UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              O R D E R

DWAYNE SMITH,

    Defendant.
_____/

    THIS CAUSE came before the Court for hearing on Supervised Release Violation on October 6, 2006.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated his conditions of Supervised Release as set forth in Petition (DE 32) and the defendant admits same.

    **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

    1.    The defendant's Supervised Release is hereby revoked and the Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eighteen (18) months**, to run concurrent with the sentence imposed in the Florida state case 05011510CF10A. No further supervised release to follow.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____6____ day of October, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See attached Mailing List

UNITED STATES OF AMERICA v. DWAYNE SMITH
CASE NO. 00-6077-CR-ZLOCH

Thomas P. Lanigan, Esq., AUSA
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394

Chantel Doakes, Esq., AFPD
One East Broward Blvd., Suite 1100
Fort Lauderdale, FL 33301

Diane Acquaviva, U.S. Probation Officer

U.S. Marshal