United States of District Courts
Clerk of the Court

Dwayne Smith
Defendant
vs.

United States of America
Plaintiff

~~United State of America~~

Case# 00-6077-CR-Zloch

FILED by _____ D.C.
INTAKE
MAY - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## Motion To Define And/Or Clarify Sentence

I am Requesting a Computation of my Federal Time: Reason The US marshall office Has a Detainer on me. and stated that once I am Finish with my State Sentence case # 05-11510CF10A That I owe them some time.

Judge Zloch sentence my Federal case # 00-6077-CR-Zloch Time to run concurrent to the state sentence That was Imposed 28 months was Imposed By the state, some How there is a mix up with marhell office. I need to when my federal start and Finish so I can Give a copy to my Classificatio officer. I (2) months Remaining on my state sentence need your office notify the marhell office of this matter. Here I am Inclosing a copy of the Judgement Paper I out line my Reason For this motion

Dwayne Smith # B03464
Desoto Correctional Insitution
13617 S.E Hwy 70
Arcadia, FL. 34266-7800

Dwayne Smith # B03464
Desoto Correctional Insitution
13617 S.E Hwy 70
Arcadia, FL. 34266-7800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6077-CR-ZLOCH


FILED by _____ D.C.
OCT 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                O R D E R

DWAYNE SMITH,

    Defendant.
_____/

THIS CAUSE came before the Court for hearing on Supervised Release Violation on October 6, 2006.

The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated his conditions of Supervised Release as set forth in Petition (DE 32) and the defendant admits same.

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The defendant's Supervised Release is hereby revoked and the Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eighteen (18) months**, to run concurrent with the sentence imposed in the Florida state case 05011510CF10A. No further supervised release to follow.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6___ day of October, 2006.

                                            WILLIAM J. ZLOCH
                                            Chief United States District Judge

Copies furnished:
See attached Mailing List