UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6077-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                        **O R D E R**

DWAYNE SMITH,

       Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Dwayne Smith's Motion To Define And/Or Clarify Sentence (DE 48). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    That Defendant's Motion To Define And/Or Clarify Sentence (DE 48) be and the same is hereby **DISMISSED** for lack of jurisdiction of this Court to consider same; and

    2.    In the alternative, assuming arguendo that this Court has jurisdiction of said Motion, then the Defendant's Motion To Define And/Or Clarify Sentence (DE 48) is **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____8th____ day of May, 2007.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copy furnished:

Dwayne Smith, <u>Pro Se</u>
DC #B03464
DeSoto Correctional Institute
13617 S.E. Highway 70
Arcadia, FL 34266-7800